**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6755**

———————————

MARION L. BEA,

                                          Plaintiff - Appellant,

        versus

FRANK EDWARD GREEN,

                                          Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
96-3992-CCB)

———————————

Submitted:  August 11, 1998        Decided:  September 9, 1998

———————————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marion L. Bea, Appellant Pro Se.  William James Chen, Jr., CHEN,
WALSH, TECLER & MCCABE, Rockville, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marion L. Bea appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Bea's motion to appoint counsel and affirm on the reasoning of the district court. Bea v. Green, No. CA-96-3992-CCB (D. Md. Apr. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED